**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA**

       - against -                                 15 Cr. 386 (JGK)

**JARON LANGHORNE,**                                    <u>ORDER</u>

               **Defendant.**
_____

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for another conference on May 25, 2021 at 12:00 pm.  All of the conditions of the defendant's supervised release continue, including his reporting obligations to his probation officer.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **March 16, 2021**                    <u>/s/ John G. Koeltl</u>
                                                  **John G. Koeltl**
                                   **United States District Judge**