# KIRTON LAW FIRM

Marlon G. Kirton, Esq.

Nassau County:
175 Fulton Avenue, Suite 305
Hempstead, New York 11550
Tel. # (516) 833-5617
Fax # (516) 833-5620

May 10, 2022

VIA ELECTRONIC FILING

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Jaron Langhorne, 15 cr. 386 (JGK)*

*Adjourned to Tuesday, May 31, 2022, at 4:30 pm. So ordered.*
*/s/ John G. Koeltl*
*5/16/22     USDJ*

Dear Judge Koeltl:

    I represent Jaron Langhorne in the above-referenced matter. Mr. Langhorne pleaded guilty to a number of specifications in a Violation of Supervised Release (VOSR) proceeding. I request an adjournment of tomorrow's sentencing hearing.

    I am on trial before the Hon. Paul G. Gardephe in the matter of *United States v. Saab*, 19 cr. 676 (PGG). The trial commenced on April 20, 2022, and the jury is currently deliberating. I request a two-week adjournment of the sentencing hearing. I have the consent of the government for this request. I request any date before June 8, 2022, as I have another trial starting on June 15, 2022, before the Hon. Alvin K. Hellerstein.

    Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

cc: Lindsey Keenan, Assistant United States Attorney (via electronic mail)

1