UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

               -against-

JA-RON LANGHORNE,
                          Defendant.
------------------------------------------------------------X

15 cr 386 (JGK)

**KOELTL, DISTRICT JUDGE:**

      For the reasons stated on the record at the conference on February 8, 2024, the defendant, Ja-Ron Langhorne, is ordered detained pending the outstanding supervised release violation, without prejudice to any further applications for release.

      The authorities at Metropolitan Detention Center (MDC) should assure that the defendant receives medical attention. The MDC should give the Court a report by **February 14, 2024**, with respect to the defendant's medical condition and his treatment at the MDC. The Government should make sure that this order is conveyed to the Marshals Service and the MDC.

**SO ORDERED.**

                                                              JOHN G. KOELTL
                                        UNITED STATES DISTRICT JUDGE

Dated: New York, New York
           February 8, 2024