**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────────

**UNITED STATES OF AMERICA**

– **against** -

**JARON LANGHORNE,**

                **Defendant.**
─────────────────────────────────

**15-cr-386 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The Court received the attached letter from the defendant.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **March 7, 2024**

                                        /s/ John G. Koeltl
                                        **John G. Koeltl**
                            **United States District Judge**

To: Honorable Judge: John G. Koelt
From: JaRon Langhorne                    March 3, 2024 Sunday

Happy Sunday, Judge Koelt.

I hope by the time this letter reaches you, you are in good health mentally, physically and spiritually. The reason I am taking the time out to write is due to the fact that I am never given the opportunity to speak to you directly unless it's a plea of "Not Guilty" or unless it's a "Yes" or "No" response due to waiving my rights or asking me "Do I understand". I do not know if my letter will be read in open court, however I would like for it to be documented as a form of testimony to and for the court pertaining to my pending probation violation. On February 8, 2024 Thursday I was brought to court from MDC Brooklyn, and was represented by a lawyer named Marlon Kirton. On that day (February 8, 2024) the Court was aware by the District Attorney who represented my Probation Officer Melaika, that a Queens Criminal Court case was pending dismissal (which is already dismissed as of February 7, 2024). The Queens Criminal Court case I wanted to go to trial, but my lawyer for that case told me it was already processing dismissal. Which I wasn't picked up from MDC Brooklyn due to a reason

1 of

I did not know of at the time. Now, I have recieved a letter from a long time friend of mine, stating that another pending case that's one of the specifications on my pending violation paperwork is being dismissed, which is an Alleged DUI. She (my friend) was told this by my Brooklyn Public Defender in or about February 2024. The reasons I bring these cases up as issues is due to the matter and the fact of the government recommending a (12) month imprisonment sentence, knowing that the Queens Criminal Court case was dismissed (Feb. 7, 2024) before being heired to you Honorable Judge Koelt on the day of February 8, 2024. I have been in federal custody since the age of 20. I got sentenced to (5) years imprisonment and was released from the Bureau of Prisons at the age of 25, just to be placed on (4) years of federal probation. It's hard for me however I don't do or put myself in cruel & unusual punishments on purpose. I wish I was'nt raised in NYC growing up because I'm unfortunate and was put against some unlikely situations by default, now I'am 29 years old and still being penalized by the system, which is suppose to help me rather than throw me into a system where many souls are lost and many demons feed off the good beings who only seek ~~enlighten~~ enlightenment from the one that gives the sentence.
   Honorable Judge Koelt Please Be lenient upon he who writes this letter. I come in the vision of the Most High.

2 of 2