```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

UNITED STATES OF AMERICA

- against -

JARON LANGHONRE,

        Defendant.

15-cr-386 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Court received the attached correspondence, which it forwards to counsel for the parties.

SO ORDERED.

Dated:    New York, New York
            March 22, 2024

                                     John G. Koeltl
                               United States District Judge

TRULINCS 72492054 - LANGHORNE, JARON - Unit: BRO-H-A

-----------------------------------------------------------------------------

FROM: 72492054
TO: Jappa, Salome
SUBJECT: BP- 9 Complaint Sensitive/ Send This To My Mother
DATE: 03/14/2024 01:20:10 PM

On January 6th 2024 (Saturday) I Was Taken To SHU Pending Sis Investigation. I Was Brought To Range 3 And was assigned to cell 118 ( Without A Cellmate). it Was was well past dinner when i was escorted to Shu.. Upon My Arrival To cell 118, i was give hygiene products ( tissue, toothpaste, toothbrush, soap, 2 wash rags, 2 towels, a pair of socks,2 t-shirts, 2 boxers and 2 blankets). to my surprise i was given a long piece of contaminated cotton ( the interior part of an institution altered mattress) as a bed of some sort. the next day ( January 7th,2024) I informed Shu Officers Chen And McCray That It is Unjust in, illegal and inhumane for any Inmate to sleep on an altered mattress( Thick Piece Of Cotton) Which is Infested With Other Inmate's Hair Follicles,Sweat, saliva body fluids, germs, bloodstains, rust, Urine samples, stench smell of feces,dust and pieces of Hair With Scabs Attached to It. They Response Was " Your Fellow Inmates Did This", As To Say "All Is One And One Is All". After That I Told SHU Officer Chen That i Was Going To File A Complaint Against The Special Housing Unit.. Moments/Hours Later When They were picking up breakfast trays they were also giving out Brunch Styrofoam's trays. SHU Officer Chen Blatantly Skipped My Cell (118) which can be seen on camera (Range 3). i Didn't Say Anything because i was in fear of SHU Officer Chen And/or Other Officers Abusing Their Power Of authority Especially With Me Being In The Cell ( 118) By myself so i Decided To keep Quiet. The Following Day ( Jan.8th,2024) I Was Removed From Cell 118 And Placed in cell 115 With Inmate Joshua Golston).On Jan.10,2024 In An Attempt To Inform Associate Warden Wright , While He Was In Attendance Of SHU LT. Ferguson, I Knocked on My Cell Window To Get The Associate Warden's Attention And Thats When He Pointed To The Back At Himself To SHU LT Ferguson And Said " Direct Your issues to Him (LT Ferguson)" and than LT Ferguson Quickly Said To Me " You're Under Sis Investigation Chill Out". Now On Jan.17,2024, While Associate Warden Wright Was Doing SHU rounds with Regional Office Workers and other high-end Staff Members, I Told Him About The Harsh Conditions I've Been Facing and Also Showed Him what type of Altered fabric The SHU Officers Issued Me And Multiple Other Inmates. He Than Pulled SHU Officer Dillon Away From My Cell's Window For A Few Seconds And Than Reappeared and Pointed Two Fingers in My cell Window And Said " Give These Two Inmates New Mattresses". ( It Is Now Jan. 27,2024 and no actual mattress has been issued to me or my cellmate for that Matter). On Jan 19.2024 5th Floor Unit Team Officers Ms.Hicks Along With Ms.Pena were walking pass my cell ( Range 3 Cell 115) so my cellmate immediately stopped Ms.Hicks who was going to just walk right past every inmate cell who is from the 5th floor and not ask if we need anything from unit team, as i seen and witnessed many other different floor unit teams do when they come to the SHU. However Ms. Hicks And Ms. Pena Both Stopped At My Cell Door, And As Can be Seen On Camera, I Gave Ms.Hicks (2) Form Of Papers In The Views of My Cellmate And Ms. Pena who is the 5th Floor Unit Team Secretary If Im Not Mistaken. The (2) Form Of Papers Ms. Hicks Received From Me In These 2 Witnesses Presence were a BP-S148.055 ( Inmate request To Staff)and my Written BP-9 (The Attachments THAT ARE NEEDED). On The BP-S148.055 Form I Was Requesting (2) Forms Of Letter Of Incarceration To Send To My Employers so they can have valid proof of my Incarceration and to be able to receive a copy of my W-2 forms to the MDC Brooklyn Address. The Other Request Rgar Was Also Writte On The BP-S148.055 was for 5th Floor Unit Officers (excluding Ms.Pena) To Make (4) Copies (attachments) Of My BP-9 Which Was Written On The Loose Leaf Paper so i can send the attachments along with the BP-9 To The Regional Director.

TRULINCS 72492054 - LANGHORNE, JARON - Unit: BRO-H-A

----------------------------------------------------------------------------------------

FROM: 72492054
TO: Mymother, Newemail
SUBJECT: BP-9 Complaint Continued 2 of 2 Complete Done
DATE: 03/15/2024 12:25:35 PM

Now On January 24th, 2024 Ms.Pena Brung Me The (2) Forms Of Letter Of Incarceration, However When She Didnt Slide The Copies ( 4 copies) Of My Bp-9 Attachments Along With The Original One, I've Written Under My Cell Door I Immediately Asked Her " where Is The (4) Copies Of My BP-9 And The Original One That Was Given To Ms. Hicks to Maje Copies?" She Immediately Told Me Ms. Hicks Said She Mispaced It." What Baffles Me Is That The BP-9 That Was Written (Attachments) on The Loose Leaf Paper Was Literally stuck To The BP-S148.05 form Using The Lady Speed Stick Deodorant Logo Paper To Make The Two Stick Together Like Glue Which Would Make It Impossible To Lose one Without Losing The Other Paper. It Makes Me wonder If The BP-9 Was Actually Misplaced How Would It Be Possible For Me To still Recieve The (2) Forms Of Letter Of Incarcerations If All Request was Written On The BP-S148.055 ( Inmate Request to staff) Form? I Am Requesting That That An Investigation Be Brought Against The MDC Brooklyn SHU Officers Chen, McCray, Associate Warden Wright, And Ms. Hicks As Well For The Neglection Of My Rights And Inmates Alike Facing Inhumane Conditions Here At MDC Brooklyn. iu Have Talked To numerous Staff During SHU Rounds And After SHU Meetings And Nothing Has Changed As Far As The Harsh Conditions That Are Being Brought Against Me. I Have Sat Back And Been In compliance With SHU Rules And Regulations, However Staff Have'nt Held Up To Their Responsibilities As Far As My Conditions While Being COnfined in The Federal Bureau Of Prisons. My Attorney And Judge Has Been Informed Of The Harsh Conditions And Will Proceed With This Investigation At Hand As Well. Now On February 4th 2024, Ms. Jenkins Brought Me A BP-9 With A Response From The Warden Of The Institution MDC Brooklyn. They Rejected My Request/Complaint However The BP-9 That Was attached ( Under The Warden's Response) Was Written By Another By another Inmate ( Erwin/Ervin), which Means My Request/complaint Was Rejected Based On another inmates Request Rather Than My Own Request/complaint. i Than Yelled Through My Cell Door " Bennett Can You Call Ms.Jenkins (I.Jenkins) Back Its About Misinformation That Was Gived To me." He ( Bennett) Than Called Her For Me While They Were Still On Range 3. She Proceeded To Walk To My Cell (111) And When She Arrived I Showed Her That The BP-9 That Is Attached To The Warden Response Was Not Mines. I Immediately Slid It Back Under The Door To Give The Misinformation Back To Ms.Jenkins. When Ms.Jenkins Seen It She Than Told Me " I Recieved It In My Mailbox However It May Fall In Your Favor." To That Extent I Didnt Know How To Respond And Only Grow Pessimistic on what may be done with my request/complaint. Based On United States Department Of Justice Federal Bureau Of Prisons Programs Statement Code: 542.11 (Responsibility) Being Violated Which The Administrative Coordinator And/or The Administrative Clerk And/Or The Warden Knowingly And/Or Unknowingly Mixed Up My Documents With another Inmates, Due to the severity of my initial Complaint which was about the matteress/cotton i was issued. I Have Been Suffering Complications With My Neck And Back, Because Of The Inhumane And Contaminated Cotton I Was Issued. On March 13th, 2024 While I Was Being Housed In The Special Housing unit Range 3 Cell 110, I Stopped Executive Warden D.Richardson To Give Him My BP-9 Due to Me Filing An Administrative Remedy BP-10 To The Northeast Regional Office And Recieving A Reply Stating That: You Must First File A BP-9 Request Through The InStitution For The Wardens Review And Response Before Filing An Appeal At This Level (BP-10).However The Reason Why I Filed A BP-10 To The Regional Director Was Due To The Mishandlement Of The Documents I've Submitted,However When I Stopped Assistant Warden/Executive Warden D.Richardson At My Cell ( Range 3 cell 110) I Slid My BP-9 Through The Door To Give To D.Richardson ( Administrative Remedy Clerk Or Coodinator) And Read It To Himself While Standing In front Of My Cell Door...He Than Slid It Back To Me And Said He Will Not Be Accepting My BP-9's Anymore, Which Is Denying My Right To Counsel.In The BP-9 That Was Given To D.Richardson 03/13/2024 It Was About The Mixing Up Of My Original Incident/Complaint About The SHU Mattresses That Was Issued To Me. Under United States Department Of Justice Federal Bureau Or Prisons Program Statements" Resubmission 542.17 (3) (Criteria For Rejection) States: (For Example, Consideration Should Be Given To Accepting a Request Or Appeal That Raises a Sensitive Or Problematic Issue As Medical Treatment, Sentence Computation, Or Staff Misconduct, Even though That Submission May Be Somewhat untimely.)..On 03/14/2024 While I Was Being Housed In Unit 51 I Approached Correctional Officer R.Persaud With A Inmate Request To Staff Form (BP-A0148) ( Which Can Be seen On Camera), Requesting Access To Administrative Remedy Indexes And Responses To Find My Remedies That I've Filed And Also Hand Him The BP-9 Along With The Rejection Notice I Received From Northeast Regional Office Administrative Remedy Coordinator, Which He Than Stated " Get The Fuck Out Of My Face Im Not Accepting Any From You Unless You Want It To Go In The Shredder".. I Than Told Him " It Is My Right As An Inmate Under Access to Indexes And Responses 542.19 And Plus You Cant Deny Me Access To Counsel." He Than Said " He Out My Face Before I Send You To Where You Just Same From (SHU)". I Than Proceeded To Talk To Ms. D.Hicks Who Was Also On The Unit And Work For The 5th Floor Unit Team And She Told Me " Langhorne Get Out My Face I Have Nothing For You".. I Didnt Say Anything Just Left My Cop Out On The Table Next To Her ( which Can Be Seen On Camera).. I Am Being Denied The Right To Access Counsel And Reveiwing ACCESS TO INDEXES AND RESPONSES 542.19 By Staff Members From The 5th Floor Unit Team And By The head Of The Institution Of MDC ( Administrative Remedy Coordinator).I am Being Subjected To Corporal Punishment At The Highest Level. I Understand That This May Appear To Be A Numerous Number Of Complaints/Problematic However The issues That i Present To You Are Closely Related. The Reason For Me Filing Directly to

2 of 3

TRULINCS 72492054 - LANGHORNE, JARON - Unit: BRO-H-A
--------------------------------------------------------------------------------

The Regional Director Is Due To All Issues Related Above.. My Lawyer And My Judge Will Be Noticed Of The Cruel And Unusual Punishment I Am Being Subjected To Here At The Institution MDC Brooklyn..

03/15/2024
Date

*Jaron Langhorne*
Signature Of Requester

3 of 3

Ja'Ron Langhorne 72492-054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

USM P3
SDNY

NEW YORK NY 100
19 MAR 2024 PM 7 L

Honorable Judge
John G. Koelt
500 Pearl Street
New York, NY 10007-1312

10007-131699