UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

UNITED STATES OF AMERICA

    - against -

JARON LANGHORNE,

              Defendant.
───────────────────────────────

15-cr-386 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court received the attached correspondence, which it forwards to counsel for the parties.

SO ORDERED.

Dated: New York, New York
       June 14, 2024

                                  John G. Koeltl
                           United States District Judge

Honorable: Judge John G. Koelt       Today's Date: June 10, 2024
From: Jaron Langhorne 72492-054
Next Federal Court Date: June 20th, 2024*
Docket No. 1:15CR00386-004 (JGK)*
Pending: Probation Violation Outcome*
Next State Court Date: June 11th, 2024*
In Custody Since: Dec 28th, 2023

Good evening Judge Koelt. I am writing you in regards to my probation violation outcome. I have been incarcerated since December 28th, 2023 awaiting my pending state cases to be dismissed or for me to take a guilty plea which was brought to my attention by my State Attorney Christopher Herr. I am suppose to take a guilty plea of 15 days imprisonment on June 11th, 2024 which is suppose to take place tomorrow. However to my knowledge without a writ being ordered to have me presented in court I see that my Federal court proceeding (Probation violation process) will be extended/prolonged due to the criminal court (state) process. I was suppose to take a Misdemeanor guilty plea on May 16th, 2024, however the necessary paperwork wasn't completed, so when I was presented in Federal Court in front of you Judge Koelt, on May 20th, 2024, you pushed my court date to June 20th, 2024 rather than sentence me to a term of imprisonment or rather time served. I am asking that you take into consideration that I've been incarcerated for 6 months and that my specifications has dropped to where multiple cases on my violation were dismissed, dropped, or given an ACD. I have only one pending state case, which they are offering me a plea of 15 days jail time (I have that time in already), which I will be taking tomorrow if the prosecutor put in the writ, but if not I will like to be released from federal custody being that my violation holds a term of imprisonment of 4-10 Months. I hereby plea guilty to specification(s) #4 for marijuana use and specification(s) #10. I pray that you show leniency Judge Koelt, and Happy Father's Day Honorable Judge Koelt.

Jaron Langhorne 72492-054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

USM P3
SDNY

NEW YORK NY 100
11 JUN 2024 PM 10 L

Honorable: John G. Koelt
500 Pearl Street
New York, NY 10017

The enclosed letter was processed through the mail procedures for forwarding to you. If the writer raised a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232