UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                           15 cr 386-04 (JGK)

JARON LANGHORNE,                                  **ORDER**
                        Defendant.
-------------------------------------------------------------X

A conference in this matter is scheduled for **Monday, July 15, 2024, at 4:30pm.**

**SO ORDERED.**

                                                       **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        June 25, 2024