UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA

                                 15 cr 386-04 (JGK)

        -against-

                                 **ORDER**

JA-RON LANGHORNE,
               Defendant.
-----------------------------------------------------------------X

The defendant, Ja-Ron Langhorne, having been sentenced to time served on the violation

of supervised release, is hereby ordered released, pending no detainers, from the custody of the

Bureau of Prisons and the United States Marshal.

**SO ORDERED.**

                                           _____
                                            **JOHN G. KOELTL**
                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 18, 2024