# KIRTON LAW FIRM

*Marlon G. Kirton, Esq.*

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

August 22, 2024

```
Application granted. SO ORDERED.

Dated August 23, 2024            /s/ John G. Koeltl
New York, New York          John G. Koeltl, U.S.D.J.
```

VIA ELECTRONIC FILING

Hon. John G. Koeltl
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *US v. Jaron Langhorne, 15 cr. 386 (JGK)*

Dear Judge Koeltl:

    I represent Jaron Langhorne in the above-referenced matter. I request to be reappointed to his violation of supervised release case, nunc pro tunc, to June 27, 2023.

    I was appointed to represent Mr. Langhorne under the Criminal Justice Act on June 27, 2015. Mr. Langhorne pleaded guilty to a narcotics conspiracy and was sentenced on April 7, 2015.[1] Mr. Langhorne's second violation commenced on June 27, 2023.[2] This Court sentenced him for the second violation, on July 22, 2024.[3] I have not filed any vouchers covering this period and will not be able to do so unless this Court reappoints me. Mr. Langhorne's financial condition had not changed between my first appointment in 2015 and the second violation in 2023.

    Please contact me if you have any questions or concerns.

    Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.

---

[1] US PACER Dkt Entry #257.
[2] US PACER Dkt Entry #439.
[3] US PACER Dkt Entry #471.

1

Case 1:15-cr-00386-JGK Document 475 Filed 08/23/24 Page 2 of 2