UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      - against -                   15-cr-386-4 (JGK)

JARON LANGHORNE,               ORDER

            Defendant.

---

JOHN G. KOELTL, District Judge:

As discussed on the record at the conference held today, the Court will hold a conference on the violations of supervised release on **February 17, 2026, at 4:30 p.m.** The parties should submit a joint status letter by **February 13, 2026.**

SO ORDERED.

Dated:    New York, New York
         December 17, 2025

                                  John G. Koeltl
                       United States District Judge