UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

JA-RON LANGHORNE,
                     Defendant.
----------------------------------------------------------------X

15 cr 386-04 (JGK)

**ORDER**

The conference on violation of supervised release, scheduled for Tuesday, February 17,

2026, at 4:30pm is **adjourned to Wednesday, February 18, 2026, at 11:30am.**

**SO ORDERED.**

                                                 **JOHN G. KOELTL**
                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       January 30, 2026