UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,                    15-cr-386 (JGK)

                                             ORDER

          - against -

JARON LANGHORNE,

               Defendant.
_____

JOHN G. KOELTL, District Judge:

    As discussed at the hearing held today, the Court will hold

an evidentiary hearing on the alleged violations of the

defendant's supervised release on **Monday, June 29, 2026, at

10:30 a.m.**

SO ORDERED.

Dated:    New York, New York
          March 26, 2026

                                        _____
                                           John G. Koeltl
                                        United States District Judge