UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - against -

JARON LANGHORNE,

        Defendant.

15-cr-384-4 (JGK)

<u>Order</u>

John G. Koeltl, District Judge:

    The parties should submit briefs as to whether the marijuana use specification is a valid specification to which the defendant could plead guilty by **Monday, July 6, 2025**. The parties should appear for a conference on **Tuesday, July 14, 2026, at 3:00 p.m.** in Courtroom 14A, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    New York, New York
          June 29, 2026

_____
    John G. Koeltl
  United States District Judge