**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 6, 2026

**By ECF AND EMAIL**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

**Re: *United States v. Ja-Ron Langhorne*, 15 Cr. 386 (JGK)**

Dear Judge Koeltl:

The Government respectfully submits this letter to update the Court regarding the status of the parties' ongoing discussions regarding a potential resolution of the defendant's pending supervised release proceedings, and, in light of those discussions, to jointly request an extension of the parties' deadline to submit briefing regarding the outstanding technical specifications.

By way of background, at the prior conference, the Court directed the parties to submit additional briefing on whether there was a sufficient legal and factual predicate for the defendant to admit to certain technical specifications concerning the defendant's alleged use of marijuana while on federal supervised release. Shortly before the conference, the Government obtained additional records from the New York City Police Department concerning the remaining specifications against the defendant, including allegations that the defendant committed two assaults while on supervised release. Following its review of these newly-obtained materials, the Government informed defense counsel that it has now obtained sufficient evidence to proceed on some of the remaining assault-related specifications pending against the defendant, which has in turn led to additional discussions between the parties about a potential resolution of the outstanding supervised release proceedings.

Briefing deadline on the specifications extended to July 10, 2026. Hearing remains scheduled for July 14, 2026 at 3:00 p.m.
So ordered.
7/7/26 [signature] U.S.D.J.

As a result, the parties jointly request that the Court adjourn the briefing deadline on the technical specifications to Friday, July 10, 2026. At that time, in addition to submitting any briefing on the factual and legal predicate for the technical specifications, the parties will also endeavor to update the Court on whether the parties have reached an anticipated resolution of the remaining specifications. The parties will be prepared to address any disposition at the July 14th conference and, in the absence of a disposition, to discuss scheduling a hearing on the outstanding specifications.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: __________________________
Georgia V. Kostopoulos
Keith Savino
Assistant United States Attorneys
Southern District of New York
Tel. 212-637-2212

cc: Marlon Kirton, Esq.