*KIRTON LAW FIRM*

*Marlon G. Kirton, Esq.*

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

July 14, 2026

ADJOURNED TO MONDAY, JULY 27, 2026, AT 4:00PM. SO ORDERED. 7/14/26. J. G. Koeltl. USDJ

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Jaron Langhorne, 15 cr. 00386 (JGK)*

Dear Judge Koeltl:

I represent Jaron Langhorne regarding the matter referenced above. Mr. Langhorne's case involves a violation of supervised release. The parties were scheduled to complete briefing on Specification #3 by July 10, 2026. The Government filed a brief on July 10; the Defense has not filed one. I will not be able to file a brief until July 15, 2026.

Recently, I have had to file a brief in a matter in the Eastern District of New York (EDNY) and prepare for a sentencing hearing in the Southern District of New York (SDNY) scheduled for July 10th. In addition, I have had two people close to me dealing with major health issues that I have been attending to. One of them lives outside New York State, and I spent a week visiting him there.

I request a short adjournment to complete the brief. The brief will be filed by tomorrow. The parties will confer and propose dates for further proceedings before this Court. I consulted with the Government, and they have no objection to this request.

Please contact me if you have any questions or concerns.

Sincerely,

Marlon Kirton
Marlon G. Kirton, Esq.

cc: Keith Savino, Assistant United States Attorney (via electronic mail)