UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

15 cr 386-04 (JGK)

JA-RON LANGHORNE,

Defendant.
-------------------------------------------------------------X

A hearing on the violation of supervised release will be held on **Thursday, September 17, 2026, at 10:00am.**

The Government and Probation shall submit its pre-hearing letter, which should include a response to the defendant's letter dated July 17, 2026, by **September 3, 2026.** The defendant shall submit a reply by **September 10, 2026.**

The conference scheduled for Monday, August 3, 2026, at 12:00pm is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
July 28, 2026