UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

15 cr 386-04 (JGK)

JA-RON LANGHORNE,

Defendant.
-------------------------------------------------------------X

The defendant, Ja-Ron Langhorne, is to have no contact with Dionne Benbow and her daughter, in person or other type of communication, including social media, text or email.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
September 17, 2026.