**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

**- against -**

**JARON LANGHORNE,**

**Defendant.**

---

**15-cr-386-4 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

As discussed at the conclusion of the evidentiary hearing, the parties shall file their proposed findings of fact and conclusions of laws by **October 19, 2026**. The parties may file any responsive briefs by **October 26, 2026.**

**SO ORDERED.**

**Dated: New York, New York**
**September ~~17~~, 2026**
18

**John G. Koeltl**
**United States District Judge**