UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

JARON LANGHORNE,

Defendant.

15-cr-386-4 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The Government submitted proposed findings of fact and conclusions of law on October 19, 2026.

The time for the defendant to submit proposed findings of fact and conclusions of law is extended to **November 2, 2026.** The time for the Government and the defendant to submit any responses is extended to **November 9, 2026.**

**SO ORDERED.**

**Dated:** New York, New York
October 28, 2026

John G. Koeltl
United States District Judge