Case 1:15-cr-00386-JGK Document 534 Filed 11/04/26 Page 1 of 1

# *KIRTON LAW FIRM*

*Marlon G. Kirton, Esq.*

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

November 4, 2026

VIA ELECTRONIC FILING

APPLICATION GRANTED
SO ORDERED

11/4/26. John G. Koeltl, U.S.D.J.

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Jaron Langhorne, 15 cr. 00386 (JGK)*

Dear Judge Koeltl:

I represent Jaron Langhorne regarding the matter referenced above. Mr. Langhorne's case involves a violation of supervised release. The Court ordered that defense motions be filed on November 2, 2026, after a supervised release hearing. The defense requests to file today, November 4, 2026. The defense also consents to the Government's response date of November 11, 2026.

I have had to oversee the care of a family member with long-term disabilities who was recently hospitalized. I have to deal with medical and legal issues, and it has taken up a great deal of my time. I have sought and will receive the assistance of a paralegal in this matter to ensure the efficient prosecution of this case.

I consulted with the Government, and they have no objection to this request.

Please contact me if you have any questions or concerns.

Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.

cc: Keith Savino, Assistant United States Attorney (via electronic mail)